IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF KANSAS AT WICHITA, KANSAS

JEFFREY DOLLEN, )
 )
      Plaintiff, )
 )
vs. ) Case No. 21-cv-1287
 )
PIONEER FEEDYARD, LLC )
 )
      Defendant. )
 )

## COMPLAINT

COMES NOW Plaintiff, Jeffrey Dollen, by and through counsel Christopher J. Omlid and Richard W. James of DeVaughn James Injury Lawyers, states and alleges the following against Defendant:

## PARTIES

1. Plaintiff is a citizen of the State of Iowa who is domiciled at 41 Timber Lane Council Bluffs, IA 51503.

2. Defendant, Pioneer Feedyard, LLC, is a Kansas Limited Liability Company organized under the laws of the state of Kansas. It may be served through its register agent, Scott Foote at 1014 South Road 10, West Hoxie, Kansas 67740.

3. Upon information and belief, the members of Defendant are the Gail A Foote Revocable Trust, Robert S. Foote, and the Robert E. Foote Revocable Trust.

4. Upon information and belief, the Gail A Foote Revocable Trust is a trust organized in the state of Kansas, and the trustees of the Gail A Foote Revocable Trust are citizens of Kansas.

5. Upon information and belief, Robert S. Foote is a citizen of Kansas who is domiciled in Hoxie, Kansas.

6. Upon information and belief, the Robert E. Foote Revocable Trust is a trust organized in the state of Kansas, and the trustees of the Robert E. Foote Revocable Trust are citizens of Kansas.

## VENUE AND JURISDICTION

7. This Court has proper venue and jurisdiction over the persons and subject matter.

8. Venue is proper in the Wichita division of the Kansas District Court of the Federal District Court.

9. This action is brought pursuant to 28 U.S.C. 1332 (a) on the basis of diversity of citizenship.

10. The matter is in excess of the sum of Seventy-Five Thousand dollars ($75,000) exclusive of interest and costs.

## NATURE OF ACTION

11. This is a personal injury action arising out of an incident where Plaintiff fell from Defendant's catwalk while Plaintiff was attempting to unload a delivery of promag to Defendant.

## ALLEGATIONS OF NEGLIGENCE

12. On or about January 3, 2020, Plaintiff was a truck driver tasked with delivering a load of promag to Defendant at Defendant's business located at 1021 Co. Rd. CC in Oakley, KS 67748.

13. While attempting to unload the promag at Defendant's business, Plaintiff used Defendant's catwalk to have access to various parts of his truck. Plaintiff also used Defendant's air hose, which was attached to the catwalk, in an attempt to help blow

   promag out of the truck.  As Plaintiff was unloading the promag, Plaintiff fell from the catwalk and sustained personal injuries.

14.  Defendant is liable for the negligent acts or omissions of its officers, employees and/or agents under the legal doctrines of vicarious liability and *respondeat superior*.

15.  Defendant's employees negligently instructed Plaintiff to use an undersized catwalk, where Plaintiff would have to climb and hang off of the catwalk in order to complete his delivery.

16.  The undersized catwalk was negligently created and maintained by Defendant.

17.  The undersized catwalk was a hazardous condition because its height, width, and placement at the feedyard.

18.  Because the condition was created and/or maintained by Defendant, knowledge of the condition is implied.  Defendant knew or should have known of the hazardous condition.

19.  Despite the hazardous condition of which Defendant had knowledge, it failed to remedy the condition or warn delivery drivers of the hazardous condition.

20.  Defendant's negligence directly and proximately caused Plaintiff's fall and his injuries.

21.  As a result of Defendant's negligence, Plaintiff sustained serious bodily injury, medical expenses, lost wages other economic damages and has incurred non-economic damages such as pain, suffering, and mental anguish.  Furthermore,

Plaintiff reasonably expects to incur future medical expenses, future economic damages, and future non-economic damages such as pain, suffering, and mental anguish.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), costs herein, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/ Christopher J. Omlid
Christiopher J. Omlid, #26632
Richard W. James, #19822
comlid@devaughnjames.com
rjames@devaughnjames.com
3241 N Toben
Wichita, KS 67226
Tel: (316) 977-9999
Fax: (316) 425-0414
*Attorney for Plaintiff*

## **DEMAND FOR PRETRIAL CONFERENCE AND A JURY TRIAL**

COMES NOW, Plaintiff and demand a pretrial conference and trial by a jury in this matter.

## DESIGNATION FOR PLACE OF TRIAL

COMES NOW, Plaintiff and designates Wichita, Kansas as the place for trial of this matter.

By: /s/ Christopher J. Omlid
Christiopher J. Omlid, #26632
Richard W. James, #19822
comlid@devaughnjames.com
rjames@devaughnjames.com
3241 N Toben
Wichita, KS 67226
Tel: (316) 977-9999
Fax: (316) 425-0414
*Attorney for Plaintiff*